**FINNEY v. ROSE'S STORES, INC.**

[344 N.C. 627 (1996)]

SHIRLEY FINNEY AND HUSBAND, J.W. FINNEY, JR. v. ROSE'S STORES, INC., AND DIVERSIFIED PRODUCTS CORPORATION

No. 554A95

(Filed 11 October 1996)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 120 N.C. App. 843, 463 S.E.2d 823 (1995), affirming summary judgment in favor of defendants entered by Jones (Julia V.), J., on 18 October 1993 in Superior Court, Haywood County. Heard in the Supreme Court 9 September 1996.

*Russell L. McLean, III, for plaintiff-appellants.*

*Kathy A. Gleason for defendant-appellee Rose's Stores, Inc.*

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge Greene, the decision of the Court of Appeals is reversed. The case is remanded to that court for remand to Superior Court, Haywood County, for further proceedings consistent with this opinion.

REVERSED AND REMANDED.